UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| DANIELS SHARPSMART, INC., | ) | Case No.: C 08-80133 JF (PVT) |
| Plaintiff, | ) | **ORDER TO SHOW CAUSE WHY THE ACTION SHOULD NOT BE TRANSFERRED TO THE EASTERN DISTRICT OF CA** |
| v. | ) | |
| TYCO INTERNATIONAL, INC., et al., | ) | |
| Defendant. | ) | |

On July 2, 2008, plaintiff Daniel Sharpsmart, Inc. moved to shorten time on its motion to compel production of documents. ("Sharpsmart"). Sharpsmart seeks documents from third-party David Grant Medical Center which relate to its purchases of sharps disposal containers. ("Grant Medical Center"). Discovery has closed in the underlying action and plaintiff Sharpsmart seeks production of documents in advance of a scheduled deposition. Grant Medical Center is on the Travis Air Force Base which is located in Solano County. Generally, civil actions arising in the county of Solano are assigned to the Eastern District, Sacramento Division. *See,* Civ. L.R. 3-120(d) for the Eastern District of California. Accordingly, Sharpsmart is ordered to show cause why the case should not be transferred to the Eastern District, Sacramento Division, no later than July 9,

2008 at 12 noon.  Absent a timely response, the action shall be transferred forthwith.[1]

IT IS SO ORDERED.

Dated:    *July 7, 2008*

*[signature: Patricia V. Trumbull]*
_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28