1  CHRISTOPHER BANYS (230038)
2  DANIEL W. BEDELL (254912)
   THE LANIER LAW FIRM
3  530 Lytton Avenue, 2nd Floor
   Palo Alto, CA 94301
4  Phone: (650) 322-9100
   Fax: (650) 322-9103
5  cdb@lanierlawfirm.com
   dwb@lanierlawfirm.com
6
   Attorneys for Plaintiff
7  DANIELS SHARPSMART, INC.

8
                UNITED STATES DISTRICT COURT
9               NORTHERN DISTRICT OF CALIFORNIA
                      SAN JOSE DIVISION
10

11 DANIELS SHARPSMART, INC.,           ) Case No.: C 08-80133 JF (PVT)
                                       )
12         Plaintiff,                  ) **RESPONSE TO ORDER TO SHOW CAUSE**
                                       ) **WHY ACTION SHOULD NOT BE**
13    v.                               ) **TRANSFERRED TO THE EASTERN**
                                       ) **DISTRICT OF CA**
14 TYCO INTERNATIONAL (U.S.) INC., et al. )
                                       )
15         Defendants.                 )
                                       )
16                                     )
                                       )
17                                     )

18
        On April 30, 2008, Daniels Sharpsmart, Inc. ("Daniels") served a subpoena issued by the
19
   District Court of the Northern District of California on David Grant Medical Center ("Grant Medical
20
   Center") in support of discovery in *Daniels Sharpsmart, Inc. v. Tyco International (US) Inc., et al.*,
21
   Case Number 5:05-CV-169, in the United District Court for the Eastern District of Texas.
22
        Grant Medical Center never challenged the subpoena from this Court. Instead, Grant Medical
23
   Center just refused to comply with this Court's subpoena. Since this Court issued the subpoena, it is
24
   the proper court to enforce the subpoena. *See* Fed. R. Civ. P. 45(e).
25
        Since the Northern District issued the subpoena, Daniels seeks enforcement of the subpoena in
26
   this Court. Grant Medical Center is located on the Travis Air Force Base which is less than 86 miles
27
28

from the San Jose division of the District Court of the Northern District of California. See Exhibit A, Map from Travis AFB to Court House. Grant Medical Center is within 100 miles of the San Jose division so compelling a representative from Grant Medical Center to attend a hearing on the subpoena issued by this Court at the San Jose division is not unduly burdensome. See Fed. R. Civ. P. 45(b)(2)(C), 45(b)(3)(A)(ii).

Since Grant Medical Center disregarded a subpoena from this Court, and since compelling Grant Medical Center to respond in the Northern District is not unduly burdensome, the case should not be transferred to the Eastern District.

DATED: July 8, 2008        THE LANIER LAW FIRM

By _____
Daniel W. Bedell
Attorneys for Plaintiffs,
DANIELS SHARPSMART, INC.

# Exhibit A

Case 5:08-mc-80138-JF    Document 6-2    Filed 07/08/2008    Page 2 of 2



Start **Travis Air Force Base, CA**
End **280 S 1st St**
   **San Jose, CA 95113**
Travel **86.0 mi – about 1 hour 35 mins**



**Travis Air Force Base, CA**

Drive: 86.0 mi – about 1 hour 35 mins

| | | |
|---|---|---|
| 1. | Head **north** on **Burgan Blvd** toward **Challenger Ln** | 318 ft |
| 2. | Turn **left** at **Travis Ave** | 0.8 mi / 3 mins |
| 3. | Continue on **Air Base Pkwy** | 5.7 mi / 12 mins |
| 4. | Turn **left** to merge onto **I-80 W** toward **San Francisco** | 5.9 mi / 6 mins |
| 5. | Take exit **40** to merge onto **I-680 S** toward **San Jose/Benicia** | 70.5 mi / 1 hour 8 mins |
| 6. | Continue on **I-280 N** (signs for **I-280 N/ Downtown San Jose**) | 1.8 mi / 2 mins |
| 7. | Take the **7th St** exit toward **CA-82** | 0.2 mi |
| 8. | Merge onto **Margaret Way** | 394 ft |
| 9. | Turn **right** at **S 6th St** | 0.2 mi / 1 min |
| 10. | Turn **left** at **E William St** | 0.3 mi / 2 mins |
| 11. | Turn **right** at **S 1st St** | 0.3 mi / 1 min |

**280 S 1st St**
**San Jose, CA 95113**

These directions are for planning purposes only. You may find that construction projects, traffic, or other events may cause road conditions to differ from the map results.

Map data ©2008 NAVTEQ™

**Overview**



**Start**



**End**

Map data ©2008 NAVTEQ™