UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DANIELS SHARPSMART, INC., <br><br> Plaintiff, <br><br> v. <br><br> TYCO INTERNATIONAL, INC., et al., <br><br> Defendant. | Case No.: C 08-80133 JF (PVT) <br><br> **ORDER DENYING PLAINTIFF'S MOTION TO SHORTEN TIME AND PLAINTIFF'S MOTION TO COMPEL; ORDER DISSOLVING JULY 7, 2008 ORDER TO SHOW CAUSE** |

In the above-captioned miscellaneous action, plaintiff Daniel Sharpsmart, Inc. ("Sharpsmart") moves to shorten time on its motion to compel production of documents from third-party David Grant Medical Center. ("Grant Medical Center"). Grant Medical Center is on the Travis Airforce Base which is located in Solano County. Generally, civil actions arising in the county of Solano are assigned to the Eastern District. *See* Civ. L.R. 3-120(d) for the Eastern District of California. On July 7, 2008, the court issued an order to show cause why the case should not be transferred to the Eastern District, Sacramento Division. On July 8, 2008, Sharpsmart responded to the order to show cause arguing as follows: (1) third-party Grant Medical Center has not objected to the subpoena; (2) the subpoena was issued by this court in the Northern District of California; and (3) Grant Medical Center is less than 86 miles from the Northern District of California, San Jose Division.

As an initial matter, plaintiff Sharpsmart timely responded to the order to show cause and the

1  order to show cause is hereby dissolved.

2  Under Rule 45(2)(C), "a subpoena must issue for production or inspection . . . from the court
3  for the district where the production or inspection is to be made." Fed R. Civ. P. 45(2)(C). Because
4  Travis Airforce Base is located in Solano County, the subpoena should have issued from the Eastern
5  Division, Sacramento Division. The Rule unequivocally states that the subpoena *must* issue from the
6  court for the district where the production or inspection is to be made. Plaintiff has not shown that
7  production or inspection would occur anywhere other than from the Grant Medical Center.
8  Accordingly, plaintiff Sharpsmart's motion to shorten time and the motion to compel are denied.[1]

9  IT IS SO ORDERED.

10 Dated:    *July 15, 2008*

        /s/ Patricia V. Trumbull

11
        _____
12      PATRICIA V. TRUMBULL
        United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and particular circumstances underlying the present motion.

ORDER, *page 2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 3*